UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORRIS ONYEWUCHI**<br>**1014 CHESTERFIELD PLACE**<br>**MARIETTA, GEORGIA 30064**<br>    vs.<br><br>**HONORABLE EMILIO T. GONZALEZ**<br>**DIRECTOR, USCIS,**<br>**IN HIS OFFICIAL CAPACITY**<br>**20 MASSACHUSSETTES AVENUE**<br>**WASHINGTON, DC 20529** | **RECEIVED**<br>APR - 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CIVIL ACTION NO.<br><br>Case: 1:08-cv-00360<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 2/29/2008<br>Description: Employ. Discrim |

## AFFIDAVIT OF SERVICE

I, MORRIS ONYEWUCHI, hereby declare that on the ___11th___ day of MARCH, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Honorable JEFFREY A. TAYLOR, US ATTORNEY FOR THE DISTRICT OF COLUMBIA. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA
555 FOURTH STREET, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   ____ 0150 0003 4720 9539

PS Form 3811, February ...   102595-02-M-1540

1014 CHESTERFIELD PLACE
MARIETTA, GA 30303
Cell: (678) 777-9774
Home: (770) 795-3288

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS ONYEWUCHI )<br>1014 CHESTERFIELD PLACE )<br>MARIETTA, GEORGIA 30064 )<br>　　　　vs. )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>HONORABLE EMILIO T. GONZALEZ )<br>DIRECTOR, USCIS, )<br>IN HIS OFFICIAL CAPACITY )<br>20 MASSACHUSSETTES AVENUE )<br>WASHINGTON, DC 20529 )<br>　　　　　　　　　　　　　　 ) | CIVIL ACTION NO.<br><br>Case: 1:08-cv-00360<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 2/29/2008<br>Description: Employ. Discrim |

## AFFIDAVIT OF SERVICE

I, MORRIS ONYEWUCHI, hereby declare that on the ___ day of MARCH, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Honorable MICHAEL B. MUKASEY, US ATTORNEY GENERAL. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. MICHAEL B. MUKASEY
UNITED STATES ATTORNEY GEN:
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

RESTRICTED DELIVERY

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4720 9512

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

MORRIS ONYEWUCHI
1014 CHESTERFIELD PLACE
MARIETTA, GA 30303
Cell: (678) 777-9774
Home: (770) 795-3288

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS ONYEWUCHI )<br>1014 CHESTERFIELD PLACE )<br>MARIETTA, GEORGIA 30064 )<br>vs. )<br>)<br>)<br>HONORABLE EMILIO T. GONZALEZ )<br>DIRECTOR, USCIS, )<br>IN HIS OFFICIAL CAPACITY )<br>20 MASSACHUSSETTES AVENUE )<br>WASHINGTON, DC 20529 )<br>) | CIVIL ACTION NO.<br><br>Case: 1:08-cv-00360<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 2/29/2008<br>Description: Employ. Discrim |

## AFFIDAVIT OF SERVICE

I, MORRIS ONYEWUCHI, hereby declare that on the _11th_ day of MARCH, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Honorable Emilio T. Gonzalez, Director USCIS. Attached hereto is the certified green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt showing:
- Article Addressed to: HON. EMILIO T. GONZALEZ, DIRECTOR, USCIS, 20 MASSACHUSSETTES AVE, WASHINGTON, DC 20529
- Received by: DHS
- Date of Delivery: 3-18-08
- Service Type: Certified Mail, Restricted Delivery: Yes
- Article Number: 7008 0150 0003 4720 9536]

Cell: (678) 777-9774
Home: (770) 795-3288