UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MORRIS ONYEWUCHI, | ) |
| | ) |
| Plaintiff pro se, | )   C. A. No.: 08-360 (RMU) |
| | ) |
| v. | ) |
| | ) |
| EMILIO T. GONZALES, Director, U.S. | ) |
| Citizenship and Immigration Services, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, by counsel, moves for a thirty day enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

1. Undersigned counsel only recently received Plaintiff's complaint alleging employment discrimination. Currently, defendant's response to the complaint is due on May 19, 2008.

2. Because of conflicting responsibilities in other matters, undersigned counsel will requires additional time to review the administrative file in this case and to prepare a responsive pleading on defendant's behalf.  These responsibilities include preparation of an appellate brief in the Court of Appeals for the District of Columbia Circuit in the case of Rodriguez v. Editor in Chief, Legal Times, et al., 07-5234,  and dispositive motions in several cases in U.S. District Court for the District of Columbia, including Felder v. Johanns, 06-910 (CKK), Coleman v. Lappins, 06-2255 (RMC), Amir v. Dept. of Homeland Security, 08-522 (RMC), Del Rosario v. Drug Enforcement Administration, 08-79 (JDB), Jones v. Gikas, 07-1068 (RJL), Jones v.

Kirschner, 07-1063 (RJL), Jones v. Horne, 07-1300 (RJL), and Jones v. United States, 08-500 (HHK).

    2. Undersigned counsel, therefore, requests a thirty day enlargement of time so that he will have sufficient time to review the case file and prepare a response on defendant's behalf.

    4. The requested thirty day enlargement of time for the filing of defendants' responses to the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. It also would have no effect on any other deadlines in this case. Undersigned counsel called plaintiff pro se to obtain his position on this first request for an enlargement to respond to the complaint, but has not heard back from him at the time of filing this motion, four business days before the present deadline of May 19, 2008.

    Wherefore, defendant moves that he be allowed to file defendant's response to the complaint in this case on or before June 18, 2008.

Respectfully submitted,

\_\_\_/s /_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

    Morris Onyewuchi
    1014 Chesterfield Place
    Marietta, Georgia 30064

this 13th day of May, 2008.

                                        _____//_____
                                        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORRIS ONYEWUCHI,** ) <br> ) <br> Plaintiff pro se, ) <br> ) <br> v. ) <br> ) <br> **EMILIO T. GONZALES, Director, U.S.** ) <br> **Citizenship and Immigration Services,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | C. A. No.: 08-360 (RMU) |

## ORDER

**UPON CONSIDERATION** of defendants' first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before June 18, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.