UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORRIS ONYEWUCHI** <br><br> Plaintiff, pro se <br><br> v. <br><br> **HONORABLE EMILIO T. GONZALEZ** <br> Director, USCIS <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 1:08-cv-00360 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S FIRST MOTION NOTIFYING THE HONORABLE COURT OF HIS TRAVEL TO THE UNITED KINGDOM FOR ACADEMIC REASONS, FROM JULY 01, 2008 TO AUGUST 9, 2008**

Pursuant to the <u>RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>., LCvR § 16.2 (c) (Effective October 12, 2006), which relates to "<u>Responsibilities of Counsel</u>" "to inform the courts of expected difficulties or conflicts which may arise, and to achieve the resolution of such conflicts or problems at the earliest possible time", the Plaintiff in the above-styled case hereby respectfully notifies the Court that he will be outside of the United States from July 01, 2008 to August 09, 2008, for the following reasons:

1.   On April 25, 2007, Plaintiff was accepted into, and is currently enrolled, since November 19, 2007 for, the Master of Studies in International Human

RECEIVED

JUN 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Rights Law, at the University of Oxford, Oxford, United Kingdom. The acceptance letter is attached as Plaintiff's Notice Motion Exhibit A.

2.  This Master's degree program includes two mandatory residency sessions. The first session begins on July 03, 2008, and will last until August 08, 2008. A copy of the visa letter for the residency session is attached as Plaintiff's Notice Motion Exhibit B. The Plaintiff's anticipated departure and return dates are July 01, 2008 and August 09, 2008, respectively.

3.  Although the Court has not set a trial calendar for this case, the Plaintiff has, pursuant LCvR 7 (m), contacted and conferred with the opposing Counsel, Mr. Alexander Shoaibi, Esquire, apprising him of Plaintiff's filing of the foregoing motion. Mr. Shoaibi does not express any opposition to the foregoing Plaintiff's motion notifying the Court of potential "difficulties or problems at the earliest possible time". LCvR § 16.2 (c).

FOR THE FOREGOING REASONS, and for the purposes of setting the trial calendar for this case, the Plaintiff respectfully notifies the Court of his absence from the United States from July 01, 2008 to August 09, 2008.

Respectfully submitted,

MORRIS ONYEWUCHI, PRO SE
1014 CHESTERFIELD PLACE
MARIETTA, GEORGIA 30064
HOME: (770) 795-3288

## CERTIFICATE OF SERVICE

I, MORRIS ONYEWUCHI, hereby declare that on this 31st day of MAY 2008, I mailed a copy of the foregoing <u>PLAINTIFF'S MOTION NOTIFYING THE HONORABLE COURT OF HIS TRAVEL TO THE UNITED KINGDOM FOR ACADEMIC REASONS, FROM JULY 01, 2008 TO AUGUST 9, 2008</u>, to Mr. Alexander Shoaibi, Esquire, by U.S. First Class Mail, to the following address:

**MR. ALEXANDER D. SHOAIBI, ESQUIRE**
**ASSISTANT UNITED STATES ATTORNEY**
**501 THIRD STREET, N.W. ROOM E-4218**
**WASHINGTON, DC 20530**

MORRIS ONYEWUCHI, PRO SE
1014 CHESTERFIELD PLACE
MARIETTA, GEORGIA 30064
HOME: (770) 795-3288

3

# 1:08-CV-00360 (RMU)

# PLAINTIFF'S MOTION EXHIBIT A

25 April 2007



**UNIVERSITY OF OXFORD**
DEPARTMENT FOR
CONTINUING EDUCATION

REWLEY HOUSE,
1 WELLINGTON SQUARE,
OXFORD, OX1 2JA
TELEPHONE: 01865 270456
FAX: 01865 270314
www.conted.ox.ac.uk

Director
G P THOMAS MA BSc PhD

Mr Morris Onyewuchi
1014 Chesterfield Place
Marietta
GA
30064
United States

Dear Mr Onyewuchi

### Ref: Master of Studies in International Human Rights Law

I am delighted to inform you that we would like to offer you a place on the Master of Studies in International Human Rights Law at the University of Oxford. The admissions committee was most impressed with your academic and professional record and your commitment to human rights.

Please read carefully the enclosed letter from the Course Administrator, Ms Laura Thomlinson, as this provides further information about what you need to do next in order to secure your place.

I very much look forward to working with you. Please know that I am always happy to help you with any questions you may have or to provide you whenever possible with the assistance you need in order to assure that your Oxford studies are enjoyable and successful.

Yours sincerely

Dr Andrew Shacknove
Director, International Human Rights Law Programmes

Email Andrew.Shacknove@conted.ox.ac.uk
Tel +44 (0)1865 270289
Fax +44 (0)1865 270314

International Programmes
Director
A HAWKINS MA PhD

# 1:08-CV-00360 (RMU)

**PLAINTIFF'S MOTION EXHIBIT B**

12 May 2008

# UNIVERSITY OF OXFORD
### DEPARTMENT FOR CONTINUING EDUCATION



REWLEY HOUSE,
1 WELLINGTON SQUARE,
OXFORD, OX1 2JA
TELEPHONE: (01865) 270456
FAX: (01865) 270314
www.conted.ox.ac.uk

Director:
G P THOMAS MA BSc PhD

To whom it may concern,

**Re. Mr Morris Onyewuchi**

I am writing to confirm that Morris Onyewuchi is currently enrolled for a Master's degree in International Human Rights Law at the University of Oxford.

The programme is taught on a part-time basis over two years and includes three periods of distance learning and two Summer Schools in Oxford. The 2008 Summer School will take place from Thursday 3 July to Friday 8 August and is an obligatory part of the course. We would be grateful therefore if Morris Onyewuchi could be provided with a student visitor visa in order to attend the residential element of the course.

As a condition of the offer of a place on the course, all students must provide evidence of having sufficient funds to pay their course fees of approximately £17,000. This student has provided such evidence and therefore we are satisfied that any remaining course fees can be paid in full.

The course fees include the academic programme, all reading materials and full board and lodging at New College for the duration of the residential sessions. Travel and insurance are not covered by the course fees and students are asked to make their own arrangements.

Please do not hesitate to contact me if you require further details.

Yours sincerely,

*[signature]*

Ms Laura Thomlinson
International Human Rights Administrator
Department of Continuing Education
University of Oxford

E-mail: Laura.Thomlinson@conted.ox.ac.uk
Tel: +44 1865 270281

International Programmes
Director:
A HAWKINS MA PhD